914

No. 75–5950. RICHERSON v. WOLFF, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–6045. BRYANT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6055. JACKSON v. UNITED STATES; and
No. 75–6078. BRADFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6080. CLAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–6081. WELLS v. SOUTHERN AIRWAYS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–6087. TYLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6090. KINNARD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–6091. EVANS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6092. VELARDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6096. GIBBONS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–6130. BROOKS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 75–6132. KELLEY v. UNITED STATES; and
No. 75–6142. BRYANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 529 F. 2d 527.

No. 75–6192. WILLIAMS v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.